Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

FILED
IN CLERKS OFFICE

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

U.S. DISTRICT COURT
DISTRICT OF MASS.

Eastern Division

|  |  |  |
|---|---|---|
| Michael Lei | ) | Case No. |
|  | ) | *(to be filled in by the Clerk's Office)* |
| *Plaintiff(s)* | ) |  |
| *(Write the full name of each plaintiff who is filing this complaint.* | ) |  |
| *If the names of all the plaintiffs cannot fit in the space above,* | ) |  |
| *please write "see attached" in the space and attach an additional* | ) |  |
| *page with the full list of names.)* | ) |  |
| -v- | ) |  |
| City of Lawrence    Charles Dunstan Boddy, Jr., | ) |  |
| Brian Thomas Corrigan, | ) |  |
| State of Massachusetts   Deborah J. Patterson, | ) |  |
| Timothy Francis Sullivan | ) |  |
|  | ) |  |
| *Defendant(s)* | ) |  |
| *(Write the full name of each defendant who is being sued.  If the* | ) |  |
| *names of all the defendants cannot fit in the space above, please* | ) |  |
| *write "see attached" in the space and attach an additional page* |  |  |
| *with the full list of names.)* |  |  |

## COMPLAINT AND REQUEST FOR INJUNCTION

I.    **The Parties to This Complaint**

    A.    **The Plaintiff(s)**

        Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Michael Lei |
| Street Address | 65 Holly St |
| City and County | Lawrence, Essex |
| State and Zip Code | MA 01841 |
| Telephone Number | 978-884-2146 |
| E-mail Address | cathoryn@yahoo.com |

    B.    **The Defendant(s)**

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**Defendant No. 1**

| | |
|---|---|
| Name | Charles Dunstan Boddy, Jr. ("Charles Boddy") |
| Job or Title *(if known)* | City Attorney |
| Street Address | 430 Hartford Ave |
| City and County | Bellingham, Norfolk |
| State and Zip Code | MA 02019 |
| Telephone Number | (978) 620-3031, (978) 688-0205, (508) 966-2066 |
| E-mail Address *(if known)* | cboddy@cityoflawrence.com, Reatta3@aol.com |

**Defendant No. 2**

| | |
|---|---|
| Name | Brian T. Corrigan ("Brian Corrigan") |
| Job or Title *(if known)* | Assistant City Attorney |
| Street Address | 122 Chestnut St Unit 2 |
| City and County | Andover, Essex |
| State and Zip Code | MA 01810 |
| Telephone Number | (978) 620-3037, (978) 988-1544 |
| E-mail Address *(if known)* | bcorrigan@cityoflawrence.com |

**Defendant No. 3**

| | |
|---|---|
| Name | Timothy Francis Sullivan ("Timothy Sullivan") |
| Job or Title *(if known)* | Chief Judge Housing Court |
| Street Address | 5 Deer Rn |
| City and County | Topsfield, Essex |
| State and Zip Code | MA 01983 |
| Telephone Number | (978) 887-5058, (978) 462-7076, (508) 462-7076, (508) 462-9061 |
| E-mail Address *(if known)* | timothy.sullivan@jud.state.ma.us |

**Defendant No. 4**

| | |
|---|---|
| Name | Deborah J. Patterson ("Deborah Patterson") |
| Job or Title *(if known)* | Recorder, Land Court |
| Street Address | ~~8 WHITTIER PL APT 5D~~ 3 PEMBERTON SQ STE 507 |
| City and County | ~~Boston, Suffolk~~ BOSTON, SUFFOLK |
| State and Zip Code | ~~MA 02114-1410~~ MA 02108-1700 |
| Telephone Number | (617) 788-7470 |
| E-mail Address *(if known)* | deborah.patterson@jud.state.ma.us |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☑ Diversity of citizenship

42 U.S.C. § 1983

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 42 U.S.C. § 1983
City/State foreclosed on the wrong guy. Allege violation of: due process: fifth and fourteenth amendments; unreasonable seizure of property: fourth amendment; unlawful criminal prosecution: civil, not criminal, no jury, no accuser, and in Housing Court, not District Court: sixth and seventh amendments; forcible eviction - not only illegal, but cruel & unusual for civil dispute: eighth amendment

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)*  Michael Lei                              , is a citizen of the State of *(name)*  Massachusetts                    .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)*  Charles Boddy                    , is a citizen of the State of *(name)*  Massachusetts                    . Or is a citizen of

*(foreign nation)* _____ .

    b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
$114,379.38 resulting from prosecution of the wrong individual: taxes, penalties, interest; cost of housing in lieu of homestead; cost of repairing damages to home & personal property caused by forcible eviction & subsequent burglary & vandalism; cost of meals over what individual normally spends, (because of the loss of the use of the kitchen & storage in his homestead), cost of transportation to & from temporary housing.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?
Massachusetts.

B.    What date and approximate time did the events giving rise to your claim(s) occur?

May 31, 1995 Huei F. Lei paid off the loan I signed. North Essex Registry of Deeds failed to record the deed in her name. City continued to send me tax bills.

C.   What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what? Was anyone else involved?  Who else saw what happened?)*
8-22-2013 City sent me a notice of violation and brought me to court three times because of it.

12-16-2010 City recorded State Tax Form 301 without notifying me.

12-5-2011 State Land Court held a tax title hearing the date of which I was not notified - City Clerk was notified. I have credit card receipts showing that I purchased gas to drive from Massachusetts to Michigan through Canada. I have a electronic chip in my passport.  I made several US-Canada border crossings during my trip.  My cell phone showed that it was picking up the Canadian cell tower service.  I used FedEx to send my absentee ballot back to the City Clerk.

8-30-2016 Land Court granted petition to foreclose without notifying me of a hearing.

## IV.   Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

## V.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$457,517.52 is the amount plus treble damages resulting from prosecution of the wrong individual: taxes, penalties, interest; cost of housing in lieu of homestead; cost of repairing damages to home & personal property caused by forcible eviction & subsequent burglary & vandalism; cost of meals over what individual normally spends, (because of the loss of the use of the kitchen & storage in his homestead), cost of transportation to & from temporary housing.

On 8-22-2013 I had an ugly porch, but safe enough to stand on.  On 8-22-2013 I had a leaky roof, but it only affected an upper unit room that I didn't use.  What caused the rapid deterioration, the burglary & vandalism to my property was the forcible eviction on 12-1-2016, because I was not there to drain the rainwater, lock my doors, & maintain whatever was left of my roof & porch.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            04/25/2018

Signature of Plaintiff        *Michael Lei*
Printed Name of Plaintiff     Michael Lei

### B.    For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address